IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:    *
   *
WILLIAM RAY COSEY, JR.    *    BKY #07-00122
   *
Debtor.    *

## NOTICE OF FILING PETITION OUT OF VENUE

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:

Please take notice that the above named Debtor has filed a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Northern District of West Virginia which filing is out of venue as said Debtor is a resident of the State of Maryland. However, no party would appear to be inconvenienced or harmed by the filing of said Petition out of venue.

You are further notified that the Court may enter an Order authorizing said filing should no creditor or party in interest file a written objection with the Clerk of this Court at the address of U. S. Bankruptcy Court, P. O. Box 70, Wheeling, West Virginia, 26003, on or before February 26, 2007, and serve a copy of said objection upon William A. O'Brien, counsel for Debtor at the address of 201 East John Street, Martinsburg, West Virginia, 25401.

You are further notified that should any written objection be timely filed, an Order will be entered transferring the case to the proper venue.

Dated at Martinsburg, West Virginia, on February 5, 2007.

By:    /s/William A. O'Brien
        Counsel for Debtor
        201 East John Street
        Martinsburg, WV 25401

## CERTIFICATE OF SERVICE

I, William A. O'Brien, Counsel for Debtor, hereby certify that I served a copy of the foregoing Notice to File Petition Out of Venue upon the following by depositing true copies thereof in the United States first-class mail postage prepaid, on February 5, 2007:

William Ray Cosey, Jr.
17509 Patterson Drive
Hagerstown, MD 21740

Capital One
P.O. Box 93016
Long Beach, CA 90809

CitiMortgage, Inc.
P. O. Box 183040
Columbus, OH 43218-3040

CLC Consumer Services
P. O. Box 747024
Pittsburgh, PA 15274-7024

Valley Credit Service
P. O. Box 2162
Hagerstown, MD 21742

Washington County Hospital
251 E. Antietam Street
Hagerstown, MD 21740

Served electronically on:

U.S. Trustee
300 Virginia Street, East
Room 2025
Charleston, WV 25301

Robert Trumble, Trustee
P. O. Box 2509
Martinsburg, WV  25402

                                          /s/William A. O'Brien
                                          Counsel for Debtor