# United States Bankruptcy Court

Northern District Of West Virginia
Case No. **3:07−bk−00122**
**Chapter 7**

In re: (Name of Debtor)
    William Ray Cosey Jr.
    17509 Patterson Drive
    Hagerstown, MD 21740

Social Security No.:
    xxx−xx−2657

## FINAL DECREE CLOSING BANKRUPTCY CASE
## AND DISCHARGING TRUSTEE

The estate of the above−named debtor(s) having been fully administered,

**IT IS HEREBY ORDERED** :

1. that Robert W. Trumble be discharged as Trustee of the estate of the above−named debtor(s), and the bond heretofore pledged is cancelled;

2. that the Chapter 7 case of the above−named debtor(s) be, and is, hereby closed.

The Clerk is directed to remove this matter from the Court's docket.

BY THE COURT

Dated: 5/9/07

Patrick M. Flatley
United States Bankruptcy Judge